# GLANZBERG LAW FIRM, PLLC

Attorneys at Law
420 S. Riverside Avenue, #240
Croton on Hudson, NY 10520
(718) 569-7757
Jack@glanzlaw.com

MAY 2, 2025

<u>Via ECF Only</u>
Magistrate Judge James B. Clark III
District of New Jersey

      Re:      Two Rivers Coffee LLC v. Harleysville Preferred Ins. Co.
      Docket No.:  25-cv-1640

Dear Judge Clark:

    The undersigned has been retained to represent Plaintiff Two Rivers Coffee LLC in the above-referenced matter. I was, and continue to be, attorney of record for Plaintiff in this action, but I have since left the law firm of Molod, Spitz & DeSantis, P.C., to open my own practice. Plaintiff would like for me to continue representing it in this action, and as such it is respectfully requested that this Court "So Order" the attached Consent Order Granting Substitution of Attorney.

    Thank you in advance for your time and attention to this matter.

                                Very truly yours,

                                By: *Jack Glanzberg*
                                       Jack Glanzberg, Esq.

Cc:    <u>Via ECF Only</u>

        Jeffrey A. Beer Jr.
        Riker Danzig LLP
        Headquarters Plaza
        One Speedwell Avenue
        Morristown, New Jersey 07962
        Tel.: (973) 538-0800
        E-mail: jbeer@riker.com
        *Attorneys for Defendant*
        *Harleysville Preferred Insurance Company*